UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ComUnity Lending, Incorporated,<br>a California corporation (plus dbas of the Debtor),<br><br>    Debtor. | Case No. 10-00562  JW<br><br>The Honorable James Ware<br><br>[Bankr. Case No. 08-50030 CN<br>The Honorable Charles Novack<br>Chapter 7, Adversary Proceeding No. 09-5341] |
| SUZANNE L. DECKER, Chapter 7 Trustee, [now John W. Richardson, Chapter 7 Trustee of Com Unity Lending, Inc.]<br><br>    Plaintiff,<br><br>v.<br><br>MAI CHRISTINA PHAM, JOHN PHAM, MAI NGUYEN, HUNG PERRY NGUYEN, JANINE TOWNER, JOYCE FREEMAN, CHRISTOPHER HAKE, JACK FERGUSON, JOHN NELSON, AND JEANNINE RUPERT,<br><br>    Defendants. | **ORDER OF DISMISSAL BASED UPON STIPULATION AND SETTLEMENT** |

    Based on the settlements of the parties, the Stipulation to Dismiss According to Settlements which is filed concurrently herewith, the Bankruptcy Court's approval of the Top Hat Settlements on August 8, 2011, and for good cause appearing,

    IT IS HEREBY ORDERED:

1
ORDER OF DISMISSAL BASED UPON STIPULATION AND SETTLEMENT

1. All of the claims and causes of action by the Trustee against the Nelson Defendants are dismissed with prejudice;

2. All of the claims and causes of action by the Trustee against the Pham Defendants are dismissed with prejudice and subject to the terms of paragraphs 3(a) and 3(b) of the written settlement agreement between the Pham Defendants and the Trustee;

3. Each party shall bear its own costs and attorney's fees; and

4. Given the dismissals provided above, there are no remaining claims to be adjudicated in this case.

For purposes of this Order, the term "Trustee" means Plaintiff John W. Richardson, Chapter 7 Trustee of Com Unity Lending, Inc. and the estate of Com Unity Lending, Inc.; the term "Pham Defendants" means Defendants Mai Christina Pham, John Pham, Mai Nguyen, Hung Perry Nguyen, Joyce Freeman, and Christopher Hake; and the term "Nelson Defendants" means Defendants John Nelson, Janene Towner, Jack Ferguson, and Jeannine Rupert.

DATED: August 31, 2011

JAMES WARE
United States District Court Judge

301274384.2